UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:13-cr–301-APG-CWH |
| PAUL EDWARD DAVIS, | ) | |
| Defendant. | ) | ORDER |

On September 13, 2013, the Court granted the Federal Public Defender's sealed "Ex-Parte Motion for Appointment of New Counsel" (#29).  Therefore;

IT IS HEREBY ORDERED that Bret O. Whipple, Esq. is appointed as counsel for Paul Edward Davis in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Whipple forthwith.

DATED this __16th__ day of September, 2013.

Nunc Pro Tunc Date: September 12, 2013.

_____
CARL W. HOFFMAN
United States Magistrate Judge