# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL EDWARD DAVIS,<br><br>    Defendant. | Case No. 2:13-cr-00301-APG-CWH<br><br>**ORDER** |

This matter is before the Court on Defendant Paul Davis' Motion for Copies (#49), filed December 2, 2013.

It is not entirely clear what Defendant is requesting. The motion simply requests that he be provided "all necessary copies" under Rule 22. There is no Rule 22 in the Federal Rules of Criminal Procedure and, consequently, no basis for the request. "The failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion." Local Criminal Rule 47-9. Moreover, this is an unauthorized motion as it was not filed through Defendant's appointed counsel. "A party who has appeared by attorney cannot while so represented appear or act in the case." Local Rule IA 10-6(a).

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant Paul Davis' Motion for Copies (#49) is **denied without prejudice**.

DATED: December 7, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**