1

2

3

4                          **UNITED STATES DISTRICT COURT**

5                              **DISTRICT OF NEVADA**

6

7   UNITED STATES OF AMERICA,                      )
                                                   )
8                        Plaintiff,                )        Case No.  2:13-cr-00301-APG-CWH
                                                   )
9   vs.                                            )        **ORDER**
                                                   )
10  PAUL EDWARD DAVIS,                             )
                                                   )
11                       Defendant.                )
    _____        )

12
            This matter is before the Court on Defendant Paul Edward Davis' attorney's Motion to Seal
13
    (#67), filed January 31, 2014.  Counsel appears to request authority to submit a yet to be filed
14
    motion to withdraw under seal.  Normally, papers sought to be submitted under seal are filed as
15
    such along with an accompanying motion for leave to file under seal.  Thus submitted, the papers
16
    remain under seal "until such time as the Court may deny the motion to seal or enter an order to
17
    unseal them . . . ." *See* Local Rule 10-5(b).  Nevertheless, given the nature of the motion sought to
18
    be filed, the Court will exercise its discretion and grant leave to do so under seal.  Defense
19
    counsel's motion to withdraw should be filed, under seal, by **Wednesday, February 5, 2014**.
20
    Accordingly,
21
            **IT IS HEREBY ORDERED** that Defendant Paul Edward Davis' attorney's Motion to Seal
22
    (#67) is **granted**.  Defense counsel's motion to withdraw shall be filed, under seal, by **Wednesday,**
23
    **February 5, 2014**
24
            DATED: February 3, 2014.
25

26

27                                                      _____
                                                        **C.W. Hoffman, Jr.**
28                                                      **United States Magistrate Judge**