UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PAUL EDWARD DAVIS,<br><br>　　　　　　　　　　　　Defendant. | Case No. 2:13-cr-00301-APG-CWH<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION TO DISMISS** |

　　　　On August 19, 2013, defendant Paul Edward Davis filed a Motion to Dismiss Indictment [Dkt. #21]. After numerous delays caused by Davis' several motions for new counsel, on January 28, 2014 Magistrate Judge Hoffman entered his Report and Recommendation [Dkt #66] recommending that Defendant Davis' Motion to Dismiss be denied. No objections have been filed to that Report and Recommendation. The Court has conducted a de novo review of the issues set forth in the Report and Recommendation pursuant to Local Rule IB 3-2. Judge Hoffman's Report and Recommendation sets forth the proper legal analysis and factual basis for the decision. Therefore,

　　　　**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation [Dkt. #66] is accepted and approved in its entirety. Defendant's Motion to Dismiss [Dkt. #21] is DENIED.

　　　　Dated: February 21, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE