1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,        )
        Plaintiff,              )   **Case No. 2:13-cr-301-APG-CWH**
                                   )
vs.                              )
                                   )   **ORDER TEMPORARILY**
PAUL EDWARD DAVIS,               )   **UNSEALING TRANSCRIPT**
        Defendant.              )

       On February 20, 2014, Heather K. Newman, Transcriber, received a Transcript Order form requesting a transcript of the Motion Hearing, held on February 13, 2014, from Terrence M. Jackson, in which a portion of the hearing was sealed.

       **IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Terrence M. Jackson.

       **IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

       **IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

       DATED this 25th day of Feb, 2014.

                                          _____
                                          CARL W. HOFFMAN
                                          United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com