# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|       Plaintiff, ) | Case No. 2:13-cr-00301-APG-CWH |
| vs. ) | **ORDER** |
| PAUL EDWARD DAVIS, ) | |
|       Defendant. ) | |

      This matter is before the Court on Defendant's Motion to Release Personal Property (#86), filed March 13, 2014. Defendant requests the return of a personal check seized when he was taken into custody. The Government indicates that it has confirmed the check was impounded by law enforcement, and that it is working to have the check released and turned over to Defendant's counsel. There being no opposition, the Court will grant Defendant's motion (#86). The Court declines to require Defendant to sign the check over to the Court for deposit into the CJA fund. Accordingly,

      **IT IS HEREBY ORDERED** that Defendant's Motion to Release Personal Property (#86) is **granted**.

      DATED: March 14, 2014.

                                                                   **C.W. Hoffman, Jr.**
                                                            **United States Magistrate Judge**