# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|       Plaintiff, ) | Case No. 2:13-cr-00301-APG-CWH |
| vs. ) | **ORDER** |
| PAUL EDWARD DAVIS, ) | |
|       Defendant. ) | |

      This matter is before the Court on Defendant Paul Edward Davis' Motion to Change and Re-Appoint Counsel (#91), filed March 24, 2014.  It is also before the Court on Defendant's Counsel's Motion to Seal (#92), filed March 25, 2014.

      Defendant's Motion to Change and Re-Appoint Counsel (#91) will be denied because it was not filed through Davis' appointed counsel.  Local Rule IA 10-6(a) ("A party who has appeared by attorney cannot while so represented appear or act in the case.").  The motion to seal (#92) appears to be a request from counsel to submit a yet to be filed motion to withdraw under seal.  As the undersigned has previously noted, papers sought to be submitted under seal are normally filed along with an accompanying motion for leave to file under seal.  Thus submitted, the papers remain under seal "until such time as the Court may deny the motion to seal or enter an order to unseal them . . . ."  *See* Local Rule 10-5(b).  As before, given the nature of the motion sought to be filed, the Court will exercise its discretion and grant leave to do so under seal.  Defense counsel's motion to withdraw should be filed, under seal, by **Monday, March 31, 2014**

      Based on the foregoing and good cause appearing therefore,

      **IT IS HEREBY ORDERED** that Defendant Paul Edward Davis' Motion to Change and Re-Appoint Counsel (#91) is **denied**.

      **IT IS FURTHER ORDERED** that Defendant's Counsel's Motion to Seal (#92) is

**granted**.  Defense counsel's motion to withdraw shall be filed, under seal, by **Monday, March 31, 2014**.

DATED: March 26, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**