CHRIS T. RASMUSSEN, ESQ.
Nevada Bar 7149
RASMUSSEN & KANG
330 South 3rd Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for PAUL DAVIS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:13-cr-00301-APG-CWH |
| v. | **EXPARTE MOTION FOR ORDER ALLOWING PARALEGAL TO ENTER CCA WITH COUNSEL** |
| PAUL DAVIS, | |
| Defendants. | [PROPOSED ORDER ATTACHED] |

Defendant, PAUL DAVIS, by and through his attorney, CHRIS T. RASMUSSEN, ESQ., again comes before the Court with an Exparte Motion for Order Allowing Paralegal Entry With Counsel to CCA.

1. CCA requires an Order from the Court to allow my paralegal Frank Szczapa to be present with counsel during Attorney visitation.

2. CCA has graciously allowed us to visit Davis without the Order. However, they are requesting an Order.

3. The paralegal will only conduct visits with counsel present.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:13-cr-00301-APG-CWH |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PAUL DAVIS, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**IT IS HEREBY ORDERED:**

That Court-Appointed Paralegal Frank Szczapa is allowed to conduct attorney-client visitation with counsel present at CCA-Southern Nevada.

DATED this 12th day of May, 2014.

_____
MAGISTRATE JUDGE