UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PAUL EDWARD DAVIS,<br><br>　　　　　　　　　　　　Defendant. | Case No. 2:13-cr-00301-APG-CWH<br><br>ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION TO SUPPRESS |

On January 16, 2014, defendant Paul Edward Davis filed a motion [Dkt. #62] to suppress all physical and testimonial evidence seized during the traffic stop of Mr. Davis on July 27, 2013. After conducting an evidentiary hearing, on April 30, 2014, Magistrate Judge Hoffman entered his Report and Recommendation [Dkt. #102] recommending that Mr. Davis' Motion to Suppress should be denied. Mr. Davis filed an Objection to the Report and Recommendation [Dkt. #114] and the Government filed a Response [Dkt. #117]. Pursuant to Local Rule IB 3-2(b), the court has conducted a *de novo* review of the motion to suppress and related papers. Good cause appearing,

**IT IS HEREBY ORDERED** that Magistrate Judge Hoffman's Report and Recommendation [Dkt. #102] is accepted and approved. Judge Hoffman's Report and Recommendation sets forth the proper legal analyses and factual bases for the decision, which the Court hereby adopts. Defendant's Motion to Suppress [Dkt. #62] is DENIED.

Dated: May 19, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE