UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>PAUL EDWARD DAVIS,<br><br>          Defendant. | District No.     2:13-CR-301-APG-CWH |

ORDER TEMPORARILY UNSEALING TRANSCRIPTS

**IT IS THE ORDER OF THE COURT** that the portions of the sealed recordings of hearings held: August 28, 2013, (Docket Entry #25), September 13, 2013, (Docket Entry #31), December 11, 2013, (Docket Entry #54), December 20, 2013, (Docket Entry #60), March 10, 2014, (Docket Entry #85), April 30, 2014 (Docket Entry #103), June 13, 2014, (Docket Entry #130), and July 14, 2014, (Docket #140)   shall be unsealed by the Clerk for the limited purpose of providing transcripts of hearings as requested by the Court.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

DATED this 30th day of July, 2014

_____
C.W. Hoffman, Jr.,
United States Magistrate Judge