

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America     Plaintiff, | |
| vs. | District No.   2:13-cr-301-APG-CWH |
| Paul Edward Davis | |
| Defendant. | |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

**IT IS THE ORDER OF THE COURT** that the portion of the sealed recording of the hearing held on July 31st, 2014 (Docket Entry #146) shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by the Court.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

DATED this 6th day of August 2014.

_____
Carl W. Hoffman
United States Magistrate Judge