DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX:  (702) 388-6698

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           vs.<br><br>PAUL EDWARD DAVIS,<br><br>                    Defendant. | **2:13-cr-301-APG-CWH**<br><br>STIPULATION TO CONTINUE SENTENCING HEARING<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Amber Craig, Assistant United States Attorney, counsel for the United States of America, and Christopher Rasmussen, Esq., counsel for Defendant Paul Davis, that the sentencing hearing, currently set for April 22, 2015, at the hour of 10:30 a.m., be vacated and continued for one week, or to a date to be set at the Court's convenience.

This stipulation is entered into for the following reasons:

1.  Government counsel is being honored as Prosecutor of the Year by the Nevada Narcotics Officers' Association, and the award presentation takes place at the same time as the Defendant's sentencing.

2.  Defense counsel does not object to the continuance.

//

//

3.  This is the first request for a continuance filed herein.

DATED this 15th day of April, 2015.

                                        DANIEL G. BOGDEN
                                        United States Attorney

*/s/  Christopher Rasmussen*                */s/  Amber M. Craig*
CHRISTOPHER RASMUSSEN, ESQ.      AMBER M. CRAIG
Counsel for Defendant Davis                 Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PAUL EDWARD DAVIS,<br><br>　　　　　　Defendant. | 2:13-cr-301-APG-CWH<br><br>ORDER |

Based upon the pending Stipulation of counsel, and good cause appearing therefore:

IT IS ORDERED that the sentencing hearing, currently scheduled for April 22, 2015, at 10:30 a.m., be vacated and continued to the  6th  day of   May            , 2015, at  2:30 p.m.  in Courtroom 6C.

DATED this 15th day of  April         , 2015.

_____
HONORABLE ANDREW P. GORDEN
UNITED STATES DISTRICT JUDGE