## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL EDWARD DAVIS,<br><br>　　　　　　　　　　Defendant. | Case No. 2:13-cr-00301-APG-CWH<br><br>**ORDER:**<br>**(1) GRANTING MOTIONS TO PROCEED IN FORMA PAUPERIS ON APPEAL AND FOR COURT TRANSCRIPTS AT GOVERNMENT EXPENSE, AND**<br>**(2) DENYING MOTIONS FOR APPOINTMENT OF COUNSEL ON APPEAL AND REQUEST FOR CERTIFICATE OF APPEALABILITY**<br><br>**(Dkt. Nos. 268, 268, 270, 271)** |

　　　　On May 18, 2015, defendant Paul Edward Davis filed motions to proceed in forma pauperis on appeal (Dkt. #268), for appointment of appellate counsel (Dkt. #269), for transcripts at government expense (Dkt. #271), and for a certificate of appealability under Ninth Circuit Rule 22-1 (Dkt. #270). The Ninth Circuit recently allowed Davis's current counsel to withdraw and ordered appointment of new counsel. This renders moot Davis's motion for appointment of counsel.

　　　　IT IS ORDERED that defendant Paul Edward Davis's motions to proceed in forma pauperis on appeal **(Dkt. #268)**, and for court transcripts at the government's expense **(Dkt. #271) are GRANTED**.

　　　　IT IS FURTHER ORDERED that Davis's motion for appointment of counsel on appeal **(Dkt. #269) is DENIED AS MOOT. As ordered by the Ninth Circuit, the CJA Administrator is directed to appoint counsel on appeal.**

/ / / /

/ / / /

/ / / /

/ / / /

1    IT IS FURTHER ORDERED that defendant's motion for a certificate of appealability **(Dkt. #270) is DENIED** because a certificate of appealability relates to a motion under 28 U.S.C. § 2254 or § 2255, not to a direct appeal.

Dated: June 11, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE