UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL EDWARD DAVIS,<br><br>Defendant. | Case No. 2:13-cr-00301-APG-CWH<br><br>**ORDER SETTING DEADLINE FOR GOVERNMENT TO RESPOND TO MOTION TO VACATE, SET ASIDE, OR CORRECT CRIMINAL CONVICTION AND SENTNCE PURSUANT TO 28 U.S.C. § 2255** |

Defendant Paul Edward Davis has filed a motion under 28 U.S.C. § 2255 seeking to set aside his conviction and sentence. ECF No. 291. The United States shall file a response to the motion, if it has any, no later than February 5, 2018. Defendant may file a reply in support of the motion within 30 days after the Government files its response.

DATED this 5th day of January, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE