# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00301-APG-CWH |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING GOVERNMENT'S MOTION FOR ENTRY OF A SEPARATE JUDGMENT** |
| PAUL EDWARD DAVIS, | |
| Defendant. | [ECF No. 298] |

I previously denied defendant Paul Edward Davis's motion filed under 28 U.S.C. § 2255. ECF No. 297. The United States now moves for entry of a separate judgment, as required by the Ninth Circuit's recent decision in *United States v. Kingsbury*, 900 F.3d 1147 (9th Cir. 2018).

IT IS HEREBY ORDERED that the Government's motion for entry of a separate judgment (ECF No. 298) is GRANTED. The Clerk of Court is directed to enter a separate civil judgment denying defendant Davis's § 2255 motion. The Clerk also shall file this order and the civil judgment in this case and in the related civil case number 2:18-cv-00007-APG.

DATED this 27th day of September, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE