# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00301-APG-CWH |
| Plaintiff | **Order Denying Motion for Response** |
| v. | [ECF No. 312] |
| PAUL EDWARD DAVIS, | |
| Defendant | |

Defendant Paul Davis filed a motion asking me to respond to his prior motions (ECF Nos. 303, 307, 309) that he believes are still pending. ECF No. 312. I have already denied those prior motions. *See* ECF Nos. 306, 311. Therefore, Mr. Davis's current motion is moot.

I THEREFORE ORDER that defendant Paul Davis's motion for response **(ECF No. 312) is DENIED AS MOOT**.

DATED this 3rd day of April, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE