UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  vs.  )<br>  )<br>PAUL EDWARD DAVIS,  )<br>  )<br>          Defendant.  )<br>  )<br>_____ ) | Case No.: 2:13-cr-00301-APG-CWH |

**ORDER FOR RELEASE/DESTRUCTION OF EXHIBITS**

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court,

IT IS HEREBY ORDERED that counsel shall have until 12:00 PM on **August 9, 2022,** to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If exhibits are not retrieved by counsel prior to **August 9, 2022**, the Clerk is authorized to destroy said exhibits on **August 23, 2022**.

**DATED** this  18th  day of     July       , 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Plaintiff's Exhibits received by: _____

Defendant's Exhibits received by:_____N/A_____

**PLEASE PRINT NAME**:_____Date:_____

Page 1 of 1