JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00301-APG-CWH |
| Plaintiff, | **Stipulation to Continue Response Deadline** |
| vs. | |
| PAUL EDWARD DAVIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Paul Edward Davis, that the Government's deadline to file any and all responsive pleadings to Defendant's Motion for Reduced Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 320), currently set for March 1, 2023, be continued to March 15, 2023.

This Stipulation is entered into for the following reasons:

1.  Counsel for the government needs additional time to research the issues raised in Defendant's motions and respond thoroughly and effectively.

2.  Defense counsel agrees with the continuance.

1

3. The parties agree to the continuance.

This is the first request for a continuance of the response deadline.

DATED: February 23, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Allison Reese
_____
ALLISON REESE
Assistant United States Attorney



/s/ Heidi Ojeda
_____
HEIDI OJEDA
Counsel for Defendant
PAUL EDWARD DAVIS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00301-APG-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| PAUL EDWARD DAVIS, | |
| Defendant. | |

IT IS ORDERED that the Government's deadline to file any and all responsive pleadings to Defendant's Motion for Reduced Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 320), currently set for March 1, 2023, is reset to March 15, 2023

DATED this 24th day of February, 2023.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE