**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL EDWARD DAVIS,<br><br>Defendant. | Case No.: 2:13-cr-00301-APG-CWH<br><br>**ORDER** |

IT IS ORDERED that the Government's deadline to file any and all responsive pleadings to Defendant's Motion for Reduced Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 320), currently set for March 15, 2023, is reset to March 29, 2023

DATED this 13th day of March, 2023.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE