# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL EDWARD DAVIS,<br><br>Defendant. | Case No. 2:13-cr-00301-APG-CWH<br><br>**ORDER SETTING DEADLINE FOR GOVERNMENT TO RESPOND TO MOTION FOR SENTENCE REDUCTION**<br><br>[ECF No. 332] |

Defendant Paul Edward Davis has filed a motion under 18 U.S.C. § 3582(c) seeking to have his sentence reduced. ECF No. 332. The United States shall file a response to the motion, if it has any, no later than June 9, 2023. Davis may file a reply in support of the motion within 30 days after the Government files its response.

DATED this 26th day of May, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE