# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>v.<br><br>PAUL EDWARD DAVIS,<br><br>　　Defendant | Case No.: 2:13-cr-00301-APG-CWH<br><br>**Order Granting Motion to Seal**<br><br>[ECF No. 330] |

The Government's motion to file under seal defendant Paul Davis's medical records **(ECF No. 330) is GRANTED**. The documents filed at ECF No. 331 shall remain under seal.

DATED this 26th day of May, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE