Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Nisha Brooks-Whittington
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorney for Paul Edward Davis

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Paul Edward Davis,<br><br>　　　　Defendant. | Case No. 2:13-cr-00301-APG-CWH<br><br>**Stipulation to Extend Deadline in Second Amended General Order 2023-09 By Thirty (30) Days** |

　　　　The United States of America, by Assistant United States Attorney Jim W. Fang, and Defendant Paul Edward Davis, by Assistant Federal Public Defender Nisha Brooks-Whittington, submit the following Stipulation to extend, by thirty (30) days, the deadline set in Second Amended General Order 2023-09.

　　　　The parties agree and stipulate to the following:

　　　　1.　　On May 6, 2015, this Court sentenced Mr. Davis to 365 months' on Count 1 and 240 months on Count 2 to run concurrent. ECF Nos. 263, 264.

　　　　2.　　On June 12, 2024, Mr. Davis filed a *pro se* motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) in light of Sentencing Guidelines Amendment 821. ECF No. 343.

1

3. Second Amended General Order 2023-09 presumptively appoints the Office of the Federal Public Defender, District of Nevada ("FPD") to represent any defendant previously determined to have been entitled to appointment of counsel, or who is now entitled to appointment of counsel to determine whether that defendant may qualify for retroactive relief under Amendment 821, and to present any requests relating thereto to the Court for adjudication that the FPD deems appropriate under 821.  Under Second Amended General Order 2023-09, the FPD must file, within 30 days of a *pro se* motion or letter, a contested motion, a joint stipulation for a sentence reduction, or a notice of non-eligibility.

4. The defense is seeking additional time to discuss this case with Mr. Davis and to determine how he wishes to proceed.

5. For the reasons stated above, the parties respectfully request that the Court issue an order extending the 30-day deadline set by Second Amended General Order 2023-09, by thirty (30) days.

Dated: July 10, 2024

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By *Nisha Brooks-Whittington*<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By *Jim W. Fang*<br>JIM W. FANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL EDWARD DAVIS,<br><br>　　　　Defendant. | Case No. 2:13-cr-00301-APG-CWH<br><br>ORDER |

IT IS THEREFORE ORDERED that the parties have until August 12, 2024, in which to file a contested motion, joint stipulation for a sentence reduction, or a notice of non-eligibility.

DATED this 11th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE

3